IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MAXINE BURNS                                                                                          PLAINTIFF

v.                                          No. 4:14CV00721 JLH

LIN CHENGWEN; GLP EXPRESS,
INC.; and JOHN DOES 1-5                                                                       DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 17th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE